42!diXety
PROB 12C
(6/16)

Report Date: September 22, 2016

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 23, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sarah Cecilia Wales          Case Number: 0980 2:15CR00119-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Benjamin H. Settle, United States District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, Chief United States District Judge

Date of Original Sentence: August 31, 2015

| | | |
|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2) | |
| Original Sentence: | Prison 3 days<br>TSR - 180 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: August 31, 2015 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: August 30, 2030 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: The defendant shall notify the probation officer of all computer software owned or operated by the defendant at the commencement of supervision, and report any additional software purchase, acquisition, or use during the course of supervision.<br><br>**Supporting Evidence**: Sarah Wales violated the terms of her supervised release on or about February 2016, until on or about September 7, 2016, by having a cellular phone with Internet access without notifying the undersigned officer. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     September 22, 2016

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Wales, Sarah Cecilia**
**September 22, 2016**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Thomas O. Rice*

Signature of Judicial Officer

September 23, 2016

Date